# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| SUSAN JOHNSON,<br><br>Plaintiff<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:12-cv-00524 GSA |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X  GRANTED.**

   The clerk is directed to file the complaint.

**X  IT IS FURTHER ORDERED** that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____

_____

ENTER this ____6th____ day of _____April_____, __2012__.

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer