BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SUSAN JOHNSON, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>    Defendant. )<br>_____) | Case No. 1:12-cv-00524-AWI-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 21 DAYS TO FILE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 21 days to file the certified administrative record in response to Plaintiff's Complaint. This extension is necessary in order to prepare and ship a new CD containing the electronic certified administrative record.

    The current due date is August 23, 2012. The new due date will be September 13, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: August 22, 2012 | /s/*Sengthiene Bosavanh*<br>(As authorized via email)<br>Sengthiene Bosavanh<br>Attorney for Plaintiff |
| Dated: August 22, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| By: | /s/ *David W. Lerch*<br>DAVID W. LERCH<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

The Commissioner shall have to and including September 13, 2012, within which to file the administrative record in this matter.

IT IS SO ORDERED.

Dated:   **August 22, 2012**              /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE